# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Sherald Anderson, #250152,<br>*Plaintiff*<br>v.<br>Warden Willie L. Eagleton (Official Capacity) in his individual capacity,<br>*Defendant* | Civil Action No. 4:16-02462-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Sherald Anderson shall take nothing of the Defendant, Warden Willie L. Eagleton and this action is dismissed as to this named defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The Court having accepted the Report and Recommendation of Magistrate Judge Thomas E. Rogers, III which dismissed defendant Warden Willie L. Eagleton.

Date: October 4, 2018

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*